D5   GARCIA, BERTA ALICIA, SILVA

*1:83-777-05*

Dft ID: -463

Pending counts:
  CONSP. TO MAKE FALSE STATEMENTS ON BIRTH
    CERTIFICATES., 18:371 & 18:1001 (1)
  CONSP. TO PROCURE OR ATTEMPT TO PROCURE EVIDENCE
    (FOR CERTAIN PERSONS) OF U. S. CITIZENSHIP.,
    18:371 & 18:1425(B) (2)
  MAKING FALSE STATEMENTS ON BIRTH CERTIFICATES.,
    18:1001 & 18:2 (8)
  MAKING FALSE STATEMENTS ON BIRTH CERTIFICATES.,
    18:1001 & 18:2 (14)

Offense Level (opening): FEL

Penalty:
  Max penalty (Counts 1-2,8,14) (5 YRS AND/OR $10,
    000 AS TO EA CT).

U S Attorneys:
  GUERRA, ROBERT L, ASST
  542-7132

..........................................................................

                                                              PAGE 15
11/22/83   1        Filed indictment (Dkt'd 12/02/83).
                    Maximum penalty (Counts 1-2,8,14) (5 YRS AND/OR $10,000 AS
                       TO EA CT) (Dkt'd 12/02/83).
           2        Order bench warrant issued (MAGISTRATE MALLET) (Dkt'd
                       12/02/83).
           2        Order surety/cash bail set in the amount of $30,000.00
                       (MAGISTRATE MALLET) (Dkt'd 12/02/83).
                    Bench warrant issued (WARRANT DELIVERED TO U. S. MARSHAL.)
                       (Dkt'd 12/02/83).
                    Case assigned to JUDGE VELA (Dkt'd 12/02/83).
                    US Attorney GUERRA, ROBERT L, ASST added to case (Dkt'd
                       12/02/83).

..........................................................................

                              *1:83-777-06*                    PAGE 16
Judge: JUDGE VELA                              Case Filed: 11/22/83

Defendant:

D6    MIRELES, HUMBERTO SALAZAR


      Dft ID: -464

      Pending counts:
        CONSP. TO MAKE FALSE STATEMENTS ON BIRTH
          CERTIFICATES., 18:371 & 18:1001 (1)
        CONSP. TO PROCURE OR ATTEMPT TO PROCURE EVIDENCE
          (FOR CERTAIN PERSONS) OF U. S. CITIZENSHIP.,

```
                   18:371 & 18:1425(b) (2)
         MAKING FALSE STATEMENTS ON BIRTH CERTIFICATES,
                   18:1001 & 18:2 (11-12)

    Offense Level (opening): FEL

                                                    1:83-777-06
    Penalty:
      Max penalty (Counts 1-2,11-12) (5 YRS AND/OR $10,
        000 AS TO EA CT).

    U S Attorneys:
      GUERRA, ROBERT L, ASST
      542-7132
```

..................................................................

```
                                                            PAGE 1
11/22/83   1      Filed indictment (Dkt'd 12/02/83).
                  Maximum penalty (Counts 1-2,11-12) (5 YRS AND/OR $10,000 AS
                    TO EA CT) (Dkt'd 12/02/83).
           2      Order bench warrant issued (MAGISTRATE MALLET) (Dkt'd
                    12/02/83).
           2      Order surety/cash bail set in the amount of $30,000.00
                    (MAGISTRATE MALLET) (Dkt'd 12/02/83).
                  Bench warrant issued (WARRANT DELIVERED TO U. S. MARSHAL.)
                    (Dkt'd 12/02/83).
                  Case assigned to JUDGE VELA (Dkt'd 12/02/83).
                  US Attorney GUERRA, ROBERT L, ASST added to case (Dkt'd
                    12/02/83).
```
..................................................................

# CRIMINAL DOCKET U.S. District Court

B-83-777

| | | | | | | | Yr | Docket No | Def |
|---|---|---|---|---|---|---|---|---|---|
| PO ☐ | 541 | 1 | 4121 | ☐ WRIT ☐ JUVENILE ☐ ALIAS | vs • GARCIA, BERTA ALICIA SILVA | Case Filed | 11 22 83 | 777 | 05 |
| Misd ☐ | District | Off | Judge/Magistr | OFFENSE ON INDEX CARD ▶ | | No of Def's 6 | US MAG CASE NO | | |
| Felony ☒ | | | | | | | | | |

## I. CHARGES

| US TITLE SECTION | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|
| 18/371 & 1001 | Conspiracy to make false stmts. on Birth Certfs. (Ct.1) | 1 |
| 18/371 & 1425(b) | Conspiracy to procure or attempt. to procure evidence (for certain persons) of U.S. citizenship. (Ct.2) | 1 |
| 18/1001 & 18/2 | Making false stmts. on Birth Certfs. (Cts.8,14) | 2 |
| PENALTY: | Cts.1,2,8 & 14: 5 yrs. and/or $10,000 ea.ct. | |

DISM: NG / NOLO

SUPERSEDING COUNTS ☐ JURY ☐ N.J.

## II. KEY DATE

INTERVAL ONE — KEY DATE — EARLIEST OF: ☐ arrest ☐ sum'ns ☐ custody ☐ appears on complaint

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) — KEY DATE 11/22/83 APPLICABLE: ☒ Indictment filed/unsealed consent to Magr trial on complaint ☐ Information ☐ Felony W waiver

KEY DATE — LATEST OF: ☐ 1st appears on pending charge ☐ Receive files R20/40 ☐ Superseding ☐ Indict. ☐ Inform. ☐ Order New trial

END INTERVAL TWO — KEY DATE — APPLICABLE: ☐ Dismissal ☐ Pled guilty {After N ☐ Nolo {After no ☐ Trial (voir dire) begar

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | ☐ PTD ☐ Nolle ☐ Pros. | FINAL CHARGES DISMISSED ☐ on S.T. ☐ grounds ☐ W.P. ☐ WOP |

## III. MAGISTRATE

| | DATE | INITIAL/NO. | | | INITIAL/NO. | OUTCOME: |
|---|---|---|---|---|---|---|
| Search Warrant Issued | | | INITIAL APPEARANCE DATE ▶ | | | ☐ DISMISSED |
| Return | | | PRELIMINARY EXAMINATION or REMOVAL HEARING | Date Scheduled ▶ Date Held ▶ | | ☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
| Summons Issued | | | | | | |
| Served | | | ☐ WAIVED ☐ NOT WAIVED | Tape Number | | ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| Arrest Warrant Issued | | | ☐ INTERVENING INDICTMENT | | | |
| COMPLAINT ▶ | | | | | | |
| Date of Arrest | OFFENSE (In Complaint) | | | | | |

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

Show last names and suffix numbers of other defendants on same indictment/information:
GARCES 01, SILVA 02, URIBE 03, SILVA 04, MIRELES 06

RULE 20 21 40 In C

ATTORNEYS — U.S Attorney or Asst

Robert L. Guerra, Asst.

Defense: 1 ☐ CJA  2 ☐ Ret  3 ☐ Waived  4 ☐ Self  5 ☒ Non/Other  6 ☐ PD.  7 ☐ CD

### BAIL • RELEASE

**PRE-INDICTMENT**
Release Date
Bail ☐ Denied
☐ Fugitiv ☐ Pers. R
AMOUNT SET $
☐ PSA
Conditions
Date Set
☐ 10% D ☐ Surety
☐ Bail Not Made
☐ Collater ☐ 3rd Prty
Date Bond Made
☐ Other

**POST-INDICTMENT**
Release Date
Bail ☐ Denied
☐ Fugiti ☐ Pers. F
AMOUNT SET $
☐ PSA
Conditions
Date Set
☐ 10% De ☐ Surety
☐ Bail Not Made
☐ Collate ☐ 3rd Prt
Date Bond Made
☐ Other

APPEALS FEE PAYMENTS

| FINE AND RESTITUTION PAYMENTS | | | Docket Entries Begin On Reverse Side | | |
|---|---|---|---|---|---|
| DATE | RECEIPT NUMBER | C D NUMBER | DATE | RECEIPT NUMBER | C.D NUMBER |

| DATE | PROCEEDINGS (continued) B-83-777 | Y. EXCLUDABLE DELAY |
|---|---|---|
| | (Document No.) | (a) (b) (c) (d) |

| DATE | Doc. No. | Proceedings |
|---|---|---|
| 11/22/83 | 1 | INDICTMENT filed.           miv Dkt'd 11/29/83 |
| 11/22/83 | 2 | (WMM) ORDER FOR ISSUANCE OF BENCH WARRANT AND SETTING AMOUNT OF BAIL AS FOLLOWS:<br><br>FRANCISCA GARCES-MORENO         $30,000 C/S<br>MARIO SILVA-VILLARREAL           $30,000 C/S<br>MARIA MAGDALENA URIBE-DE SILVA   $30,000 C/S<br>FRANCISCO SILVA-VILLARREAL       $30,000 C/S<br>BERTA ALICIA GARCIA DE SILVA     $30,000 C/S<br>HUMBERTO MIRELES-SALAZAR         $30,000 C/S<br>                              miv Dkt'd 11/29/83 |
| 11/22/83 | | WARRANTS FOR ARREST of Defts. ISSUED and delivered to USM. (ALL DEFTS)        miv Dkt'd 11/29/83 |
| 11/28/83 | 3 | (FGG) MINUTES OF INITIAL APPEARANCE, filed. Deft. present w/o counsel. Deft's first apperance. Deft. waives appointed counsel. $30,000 cash/surety bond set. Bail reviewed, Bond REDUCED to $30,000 UNSECURED. Bond executed, Deft. RELEASED. ARR: 12/2/83 b/f a magistrate for 8 A.M. (GARCES)           miv Dkt'd 11/29/83 |
| 11/28/83 | 4 | APPEARANCE BOND, filed. (GARCES)           miv Dkt'd 11/29/83 |
| 11/28/83 | 5 | (FGG) MINUTES OF INITIAL APPERANCE, filed. Deft. MARIO SILVA-VILLARREAL present w/counsel I. Sheldon Weisfeld. Deft. MARIA MAGDALENA URIBE-DE SILVA present w/counsel I. Sheldon Weisfeld. $30,000 cash/surety bond set. Bail reviewed, Bond reduced to $30,000 with a $2,000 deposit. Bond executed, Defts. RELEASED. Arr: 12/2/83 b/f a magistrate at 8:00 A.M. |
| 11/28/83 | 6 | APPERANCE BOND, filed. $2,000 deposit. (SILVA-VILLARREAL)     miv Dkt'd 11/29/83 |
| 11/28/83 | 7 | APPEARANCE BOND, filed. $2,000 deposit. (URIBE-DE SILVA)      miv Dkt'd 11/29/83 |
| 12/2/83 | (8) | Received executed Warrant for Arrest of FRANCISCA GARCES-MORENO; arrested on 11/28/83.    lmv Dkt'd 12/12/83 |
| 12/2/83 | (9) | Received exeuted Warrant of Arrest of MARIO SILVA-VILLARREA; arrested 12/28/83.    lmv Dkt'd 12/12/83 |

UNITED STATES DISTRICT COURT    FRANCISCA GARCES-MORENO, ET AL    B-83
CRIMINAL DOCKET
Case 1:83-cr-00777   Document 1-2   Filed in TXSD on 11/22/83   Page 5 of 6

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DE[ |
|---|---|---|
| | (Document No.) | (a) (b) (c) |

12/2/83 (10) Received executed Warrant for Arrest of MARIA MAGDALENA
URIBE-DE SILVA. Arrested on 11/28/83.
        lmv   Dkt'd   12/12/83

12/2/83    11 (WMM)    ARR MINUTES FILED (GARCES-MORENO, MARIO SILVA-
              VILLARREAL & MARIA MAGDALENA URIBE-DE SILVA)
              TAPE: 49/255  lmv/lmv
              AUSA Smith f/govt; Atty Weisfeld f/defts.
              Defts admonished as to possbile contlict of interest.
       12        AFFIDAVIT EXECUTED & FILED (GARCES-MORENO)
       13        AFFIDAVIT EXECUTED & FILED (SILVA-VILLARREAL)
       14        AFFIDAVIT EXECUTED & FILED (URIBE-DE SILVA)
              GARCES-MORENO P/NG to all cts;
              SILVA-VILLARREAL P/NG to Cts 1,2,3; and
              URIBE-DE SILVA P/NG to CTS 1,2,3;
              MOTIONS DUE BY DEC 16, 1983;
              FPT:   JAN 3, 1984, 8:30 a.m., b/f JUDGE HINOJOSA;
              JS:    JAN 4, 1984, 9 a.m.
       15        DOCKET CONTROL ORDER FILED (GARCES-MORENO)
       16        DOCKET CONTROL ORDER FILED (SILVA-VILLARREAL)
       17        DOCKET CONTROL ORDER FILED (URIBE-DE SILVA)
              Defts continued on present bond.
                  lmv   Dkt'd   12/12/83

1/3/84    18 (FBV)    RE-ARR MINUTES FILED (FRANCISCA GARCES-MORENO)
              Bill Holloway, court reporter   el/lmv
              AUSA Wolfe f/govt; I Sheldon Weisfeld f/deft.
              Deft enters P/G to Ct 1
              PLEA BARGAIN:  Deft to p/g to Ct 1; govt will
                recommend 5 yrs s/s for 5 yrs w/supervision,
                & the remaining cts to be dismissed.
              PSI ORDERED. FOR SENT:  FEB 3, 1984, 8:30 am,
                         b/f JUDGE VELA.
                    lmv   Dkt'd   1/12/84

1/3/84    19 (FBV)    FINAL PRETRIAL MINUTES FILED (MARIO SILVA-VILLARREAL)
              Court reporter: Bill Holloway   el/lmv
              AUSA Smith f/govt; I Sheldon Weisfeld f/deft.
              ANNOUNCEMENT MADE THAT THIS DEFT WILL P/G in
              MAGISTRATE'S COURT TODAY.
                  lmv   Dkt'd   1/12/84

1/3/84    20 (FBV)    FINAL PRETRIAL MINUTES FILED (MARIA MAGDALENA URIBE)
              Bill Hollowy, court reporter   el/lmv
              AUSA Smith f/govt; I Sheldon Weisfeld f/deft.
              ANNOUNCEMENT MADE THAT INDICTMENT TO BE DISMISSED
              AS TO THIS DEFT.
                  lmv   Dkt'd   1/12/84

N E X T   P A G E

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DEL (a) | (b) | (c) |
|---|---|---|---|---|
| 1/3/84 | 21 (FGG) RE-ARR MINUTES FILED (MARIO SILVA-VILLARREAL) TAPE: 59/1269 dgc/lmv AUSA Hall f/govt; I Sheldon Weisfeld f/deft. <br> 22  CR INFORMATION FILED. <br> 23  CONSENT EXECUTED & FILED. <br> Deft enters P/G to information. <br> PLEA BARGAIN: that indictment would be dismissed after he P/G to misdemeanor charges. <br> PSI WAIVED. <br> SENT: 6 months s/s for 2 yrs, placed on probation w/o supervision. <br> INDICTMENT DISMISSED ON MOTION OF GOVT. <br> lmv   Dkt'd  1/12/84 | | | |
| 1/10/84 | 24  MOTION TO DISMISS INDICTMENT FILED (MARIA MAGDALENA URIBE-SILVA) <br> lmv  Dkt'd  1/12/84 | | | |
| 1/10/84 | 25 (FGG) JUDGMENT & PROBATION ORDER FILED (MARIO SILVA-VILLARREAL) <br> lmv  Dkt'd  1/12/84 | | | |
| 1/25/84 | 26 (FBV) ORDER filed. (URIBE-SILVA) DISMISS INDICTMENT for reason that govt no longer desires prosecution against deft. <br> maa Dkt'd 1/27/84. | | | |
| 2/3/84 | 27 (FBV) SENTENCING MINUTES, filed. <br> Ct. Reptr. Bill Holloway   el/miv <br> AUSA/Harry Hall. f/Deft. Sheldon Weisfeld. <br> SENTENCING HELD. On Ct.1, CAG 5 yrs. E.S.S. 5 yrs. probation w/supervision, special condition that Deft. not practice as a midwife. Cts. 2-26 DISMISSED on Gov't Motion. <br> (GARCES)           miv Dkt'd 2/9/84 | | | |
| 2/7/84 | 28 (FBV) JUDGMENT/PROBATION ORDER, filed. <br> (GARCES)           miv Dkt'd 2/9/84 | | | |
| 2/9/84 | 29 (FBV) ORDER TO DISBURSE CASH BAIL BOND filed. ($2,000.00 to I. Sheldon Weisfeld, P. O. Drawer 1231, Brownsville, Tx. 78520) (SILVA-VILLARREAL, MARIO)  maa Dkt'd 2/18/84 | | | |
| 2/9/84 | 30 (FBV) ORDER TO DISBURSE CASH BAIL BOND filed. ($2,000.00 to I. Sheldon Weisfeld, P. O. Drawer 1231, Brownsville, Tx. 78520) (URIBE-SILVA)       maa Dkt'd 2/18/84 | | | |