United States District Court
Southern District of Texas
FILED

SEP 3 0 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 83-777- |
| | § | |
| HUMBERTO MIRELES | § | |

## UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Defendant, HUMBERTO MIRELES, by and through his Attorney, and files this Unopposed Motion for Substitution of Counsel, and would respectfully show as follows:

### I.

The undersigned attorney, Mr. Humberto Yzaguirre, is the current attorney of record for Defendant.

### II

Defendant requests that this Honorable Court substitute Jaime Diez, Attorney at Law, Jones & Crane, PO BOX 3070, Brownsville, TX 78523, as attorney of record in place of Mr. Humberto Yzaguirre.

### III.

The Defendant has been informed of this motion for substitution and has agreed to the same.

Mr. Humberto Yzaguirre has also been informed of this motion for substitution and agreed to same. Jaime Diez contacted Attorney Yzaguirre by phone on Sept 30th 2005 & told him that he would be filing a motion for substitution & that he would stop by his office for him to review it and sign it. Jaime Diez went to Attorney Yzaguirres

Motion for Substitution of Counsel                                                                 Page 1

office on that same day and he was not there. Attorney Yzaguirre had indicated that he would be living out of town that evening. Therefore, after notifying the court

that Attorney Diez was not able to get Mr. Yzaguirre's signature he filed this Motion for Substitution of Counsel which Attorney Diez assumes will be unopposed.

Respectfully submitted,

**JONES & CRANE**

By: _JaMD_____
JAIME M DIEZ
State Bar No. 007783966
Fed ID 178396
PO BOX 3070
Brownsville, Texas 78523
Office: (956) 544-3565
Fax: (956) 550-0006

ATTORNEY FOR DEFENDANT
**HUMBERTO MIRELES**

_____
HUMBERTO MIRELES
DEFENDANT

_____
Humberto Yzaguirre.
FED ID _____

Brownsville, TX 78520
(956) _____
(956) _____ Fax

## CERTIFICATE OF SERVICE

I hereby certify that on this the 30th day of September, 2005, a true and correct copy of the foregoing Motion for Substitution of Counsel has been hand-delivered to the Attorney for the Government at follows:

>United States Attorney's Office
>600 E Harrison, Suite 201
>Brownsville, Texas 78520

_____
Jaime M. Diez