AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT      B 83CR 777-06

**OFFENSE CHARGED**

conspiring to make false or fraudulent statements on documents of U. S. citizenship

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**Place of offense**
Brownsville, Texas

**U.S.C. Citation**
18 USC 371 & 18 USC 1001

**Name of District Court, and/or Judge/Magistrate, Location (City)**
Southern District of Texas
William M. Mallet, U.S. Magistrate Judge
Brownsville, Texas

United States District Court
Southern District of Texas
FILED
SEP 2 9 2005
Michael N. Milby
Clerk of Court

**DEFENDANT - U.S. vs.**
MIRELES, Humberto

Address ████████

Birth date ████████  (Optional unless a juvenile)

☒ Male  ☐ Female  ☐ Alien (if applicable)

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
U.S. Immigration and Customs Enforcement
Office of Investigations

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U. S. Att'y  ☐ Defense

☒ this prosecution relates to a pending cause involving this same defendant

SHOW DOCKET NO.
D - 8 3 - 7 7 7

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on THIS FORM**
Kent T. Froehner
Special Agent
☐ U. S. Att'y  ☐ Other U. S. Agency

**Name of Asst. U.S. Att'y (if assigned)**

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding
   If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction   ☐ Fed'l  ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☒ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST  Sept 29, 05
Or... if Arresting Agency & Warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---

ADDITIONAL INFORMATION OR COMMENTS