# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| vs | § |
| Humberto Mireles-Salazar | 1:83-777-06 |

## ORDER OF DETENTION PENDING TRIAL

In accordance with the Bail Reform Act, 18 U.S.C. 3142(f), a detention hearing was held on October 3, 2005. The defendant, his counsel and counsel for the Government were present.

This Court found the defendant to be a high risk of flight and that short of detention there is no condition or combination of conditions that would reasonably assure the defendants appearance at further court proceedings.

In support of the above conclusion, this Court finds by clear and convincing evidence that the defendant is a high risk of flight because an immigration detainer has been issued by I.N.S. and the defendant is subject to deportation.

Because of the foregoing, it is ORDERED that the defendant be detained without bond pending trial.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Done at Brownsville, Texas this 3rd day of October, 2005 .

_____
Felix Recio
United States Magistrate Judge