UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
ENTERED

OCT 3 1 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| vs | § | CR. NO. B-83-777 |
| HUMBERTO MIRELES-SALAZAR | § | |

O R D E R

Upon consideration of the foregoing Motion, it is hereby ORDERED that the Indictment be DISMISSED without prejudice, as to the above-mentioned defendant, to allow U.S. Citizenship and Immigration Services to handle this matter administratively.

IT IS FURTHER ORDERED that the Clerk of the United States District Court deliver a copy of this Order to the United States Marshal for the Southern District of Texas, and that a certified copy be mailed to the defendant(s) counsel.

Done at Brownsville, Texas, this the 31st day of October, 2005.

_____
UNITED STATES DISTRICT JUDGE